■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY FULLER, Appellant. [651 NYS2d 900] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lewis, J.), rendered May 1, 1995, convicting him of criminal possession of a weapon in the fourth degree, upon his plea of guilty, and imposing sentence. The appeal brings up for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the judgment is affirmed.

The record supports the Supreme Court's determination that the defendant's arrest was based on probable cause (*see, People v Prochilo,* 41 NY2d 759; *People v Sioba,* 187 AD2d 317). The defendant's remaining argument is without merit (*see, People v Chipp,* 75 NY2d 327; *People v Williams,* 205 AD2d 717). Bracken, J. P., Pizzuto, Santucci and Friedmann, JJ., concur.